# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

135727 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BRIAN ALLEN ETCHISON,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135727
COA: 280559
Calhoun CC: 88-002335-FH

On order of the Court, the application for leave to appeal the December 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to add issue is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

p0721

_____
Clerk